KENJI M. PRICE  10523
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:      (808) 541-2850
Facsimile:      (808) 541-3752
Email:     Harry.Yee@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARITES CAMPANO and RAPHAEL CAMPANO, Individually and as the Court-Appointed Next Friend For the Minor Children R.M.B.C., R.B.B.C, and M.R.B.C., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | CIVIL NO. 15-00439 KSC (Medical Malpractice) <br><br> ORDER APPROVING SETTLEMENT ON BEHALF OF MINORS |

ORDER APPROVING SETTLEMENT ON BEHALF OF MINORS

On this 10th day of January, 2019, the above-referenced matter comes for approval by the Court as to the reasonableness of a settlement between the United States of America and MARITES CAMPANO and RAPHAEL CAMPANO, Individually and as the Court-Appointed Next

Friend For the Minor Children R.B.B.C and M.R.B.C., and RAFFY MARTWAYNE BUMANGLAG CAMPANO.

The complete and precise terms and conditions of the settlement are set forth in the Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. § 2677 (hereinafter "Stipulation") attached as Exhibit A. The Court has reviewed the Stipulation and has, if necessary, taken testimony heard arguments in favor of this settlement. The Court is fully informed of the specifics of the full and final terms and conditions of the settlement, including the necessity of the approval by the Attorney General of the United States. The Court finds that the terms and conditions of this settlement, as set forth in the Stipulation are fair, reasonable, and in the best interests the minors.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the settlement as set forth in Exhibits A is hereby approved. It is further Ordered that MARITES CAMPANO and RAPHAEL CAMPANO, Individually and as the Court-Appointed Next Friend For the Minor Children R.B.B.C and M.R.B.C., are authorized and required to sign the Stipulation and any other documents that are necessary to consummate this settlement.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the settlement amount of Eighteen Million Seven Hundred Sixty Thousand ($18,760,000.00)(hereinafter "Settlement Amount") shall be

distributed according to the terms and conditions of the Stipulation. With respect to the settlement check that will be made payable to the named plaintiffs pursuant to Paragraph 3 of the Stipulation, the Court hereby Orders the plaintiffs to pay the attorney's fees, costs, and expenses herein approved and to pay any lien or claim for reimbursement.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that attorney's fees in this action shall not exceed twenty-five percent (25%) of the settlement amount and shall be paid as provided in the Stipulation. The Court finds that the costs and expenses associated with the litigation are fair, reasonable, and necessary. It is hereby ordered that such costs and expenses are approved and are to be paid as provided in the Stipulation. The Court finds that plaintiffs are legally responsible for any and all past, present, and future liens or claims for payment or reimbursement, including any liens or claims for payment or reimbursement by Medicaid, Medicare, or healthcare providers. The Court hereby Orders plaintiffs, by and through their attorneys, to satisfy or resolve any and all such past, present, and future liens or claims for payment or reimbursement asserted by any individual or entity, including Medicaid and Medicare. The Court further Orders that plaintiffs and their attorneys shall provide to the United States the information required by the Stipulation regarding the

satisfaction or resolution of such liens or claims for payment or reimbursement within the time specified in said Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs, upon final execution of the Stipulation and upon receiving notice that it has received the Funds for this Cash Settlement as set forth in Paragraph 3 of the Stipulation, shall cause their attorneys to file with the United States District Court for the District of Hawaii a dismissal of this action in its entirety with prejudice, with each party bearing its own costs, expenses, and fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court shall not retain jurisdiction over the action against the United States or the settlement.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 10, 2019.



_____
Kevin S.C. Chang
United States Magistrate Judge

_____
Campano, et al. v. US; Civil No. 15-00439 KSC; ORDER APPROVING SETTLEMENT ON BEHALF OF MINORS